In the Matter of the Application of ROBERT S. McLELLAN for an Order Containing Directions to S. HOWARD COHEN and Others, Commissioners of Election, Regarding Petitions Filed from the Third Assembly District and Containing as Its Committee to Fill Vacancies JOHN KANE, JR., and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Glennon, JJ.